UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ADRIENNE GILMORE,

    Plaintiffs,

v.

JOHN LUSE, et al,

    Defendant.                                    No. 15-cv-838-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 12), entered on November 3, 2015, this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY:    /s/*Caitlin Fischer*
                                              Deputy Clerk

Dated: November 3, 2015

Digitally signed by Judge David R. Herndon
Date: 2015.11.03 12:41:43 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT